UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALBERT DYTCH, | No. 3:14-cv-05414 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| FRANCISCO GUZMAN, et al., | |
| Defendants. | |

This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. Under those deadlines, the parties were to have held a joint site inspection by March 26, 2015. (Scheduling Order, ECF No. 5). Plaintiff was to file a notice of need for mediation 42 days later, or by March 7, 2015. (*Id.*) That was yesterday, but so far there is no indication on the docket that the site inspection occurred, and Plaintiff did not file the notice. Accordingly, the court orders Plaintiff to show cause why this action should not dismissed without prejudice for his failure to prosecute it. Plaintiff shall do so in writing no later than May 18, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge